THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH J. CLARKE, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, upon the ground that there is no proof in the record to sustain a charge of violation of the provisions of subdivision 5-a of section 70 of the Vehicle and Traffic Law. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL GUTACH, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with EAST 175TH STREET BUS SERVICE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE GROSSMAN, Respondent, v. JACOB GROSSMAN and LOUIS ZIMMERMAN, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MURIEL BYRNES, an Infant, by Her Guardian ad Litem, CATHERINE BYRNES, and CATHERINE BYRNES, Respondents, v. CLARENCE H. BRADY and SWIFT & Co., INC., Appellants.— Judgment unanimously modified by reducing the judgment in favor of the plaintiff Catherine Byrnes from the sum of $750 to the sum of $100, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

HERBERT F. RITTER and ELMER H. CARLTON, Trading as " RITTER-CARLTON COMPANY," Respondents, v. WILLIAM D. CARMICHAEL, JR., and GEORGE WILLI, JR., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Estate of RACHEL NEWGOLD, Deceased. HARRY NEWGOLD, Appellant; GABRIEL NEWGOLD, Substituted as Administrator de Bonis Non of the Estate of RACHEL NEWGOLD, Deceased, Petitioner, Respondent; GABRIEL NEWGOLD, Intervenor, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of LOUIS TOBKES, Respondent, v. JACOB NICKOLSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.